# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELIAS ECHEVERRIA-MENDEZ,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV109-1-V

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 20, 2010, Order.

Signed: August 20, 2010

Frank G. Johns, Clerk
United States District Court